# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR:  Clay Pacheco          JOINT DEBTOR:  Angela Pacheco          CASE NO.:_____
Last Four Digits of SS# __0374__    Last Four Digits of SS# __0387_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36_____ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $180.00 for months  1_  to _36_ ;in order to pay the following creditors:

Administrative:Attorney's Fee - $ 3,650.00 + $750.00 (Motion to Value)=$4,400.00 TOTAL PAID $ 2,000.00
                  Balance Due     $ 2,400.00 payable $120.00 /month  (Months  1_ to  _20_ )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE_____    Arrearage on Petition Date   $_____
Address:_____    Arrears Payment     $_____/month  (Months _____ to _____)
_____    Regular Payment     $_____/month  (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Miami Postal Credit Union | Homestead: 6119 NW 171 Street, Hialeah, FL 33015 $89,000.00 | 0% | NONE | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  NONE_____    Total Due $_____
                  Payable           $_____/month  (Months____ to ___)  Regular Payment $__

Unsecured Creditors: Pay $42.00/month  (Months 1_ to  20_ ); Pay $162.00  (Months  21_ to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are paying Bank of America directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 _/s/Robert Sanchez, Esq.___          _/s/Robert Sanchez, Esq.____
Debtor                    Joint Debtor
Date:_ 4/12/13_____          Date:_ 4/12/13_____

LF-31 (rev. 01/08/10)