UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Clay and Angela Pacheco                           Case No: 13-18333-AJC
                                                           Chapter 13

_____Debtors_____/


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on June 26, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Clay and Angela Pacheco
6119 NW 171 Street
Miami, FL 33015

Miami Postal Service Credit Union
2190 NW 72nd Avenue
Miami, FL 33122


Via Certified Mail:

Miami Postal Service Credit Union
Attn: Jace B. Reyes, CEO
2190 NW 72nd Avenue
Miami, FL 33122

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161